## **Scheduling Order**

15-cv-06934-SRC-CLW

IMPAX LABORATORIES, INC. v. ACTAVIS LABORATORIES FL, INC. et al

The Court will hold a telephone conference, to be initiated by plaintiff, on 4/20/16 at 1:30 PM. Parties may contact chambers at (973) 776 7862. The Court will hold an In-Person Status conference on 6/30/16 at 1:00 PM before U.S.M.J. C. Waldor in courtroom 4C.

So Ordered: *[signature]*
_____
USMJ C. L. Waldor
1/11/16

| Due Date Under Local Rules | Agreed-upon Dates Proposed by the Parties[1] | Event |
|---|---|---|
| 1/4/2016 | 2/11/2016 | Due Date for Exchange of Initial Disclosures (or 14 days after Rule 26(f) conference if different than 12/21) |
| 1/8/2016 | 1/8/2016 | Due Date to Submit Joint Discovery Plan to Court in Advance of Upcoming Scheduling Conference |
| 1/11/2016 | 1/11/2016 | Initial Rule 16 Scheduling Conference before Magistrate Judge Waldor, Courtroom 4C, 3:30PM |
| 1/18/2016 | 1/18/2016 | Plaintiffs to provide Defendants with its Disclosure of Asserted Claims (L.Pat.R. 3.6(b)) |
| 1/25/2016 | 3/7/2016 | Defendants to provide Plaintiffs with the written basis for their Invalidity Contentions along with any disclosures under L.Pat.R. 3.4 (L.Pat.R. 3.6(c)-(d)) |
| 1/25/2016 | 3/7/2016 | Defendants to provide Plaintiffs with Non-Infringement Contentions and related document production (L.Pat.R. 3.6(e) & (f) |
| 2/10/2016 | 2/10/2016 | Parties' Submission of Consent Discovery Confidentiality Order (L.Pat.R. 2.2) |
| 3/11/2016 | 5/31/2016 | Plaintiffs' Responses to Defendants' Invalidity Contentions (L.Pat.R. 3.6(i)) |

---

[1] The proposed date for opening expert reports, and the subsequent dates for the remaining deadlines through trial, assume that the Court is able to issue its Markman opinion on or before February 10, 2017. To the extent the Court is unable to issue its Markman opinion on or before this date the parties believe that the expert report and subsequent dates will need to be adjusted to allow sufficient time to complete expert reports after receipt of the Markman opinion.

| Due Date Under Local Rules | Agreed-upon Dates Proposed by the Parties[1] | Event |
|---|---|---|
| 3/11/2016 | 5/31/2016 | Plaintiffs' Service of Infringement Contentions and Related Document Production (L.Pat.R. 3.6(g) & (h)) |
| 3/25/2016 | 6/14/2016 | Parties' Exchange of Proposed Terms for Construction (L.Pat.R. 4.1(a)) |
| 4/15/2016 | 6/28/2016 | Parties' Exchange of Preliminary Claim Constructions and Identify Intrinsic and Extrinsic Evidence (L.Pat.R. 4.2(a) & (b)) |
| 4/29/2016 | 7/12/2016 | Parties' Exchange Intrinsic and Extrinsic Evidence to Oppose Opponent's Proposed Construction (L.Pat.R. 4.2(c)) |
| 5/30/2016 | 7/26/2016 | Parties' Submission of Joint Claim Construction and Prehearing Statement (L.Pat.R. 4.3) |
| 6/29/2016 | 8/19/2016 | Parties Complete Fact Discovery Relating to Claim Construction (L.Pat.R. 4.4) |
| 7/14/2016 | 9/6/2016 | Parties' Opening Markman Submissions (L.Pat.R. 4.5(a)) |
| 8/13/2016 | 10/7/2016 | Parties' Completion of Expert Discovery Related to Opening Markman Submissions (L.Pat.R. 4.5(b)) |
|  | 1/20/2017 | Plaintiffs' and Defendants' Substantially Complete Document Production |
| 10/12/2016 | 11/10/2016 | Parties' Responding Markman Submissions (L.Pat.R. 4.5(c)) |
| 10/26/2016 | 11/17/2016 | Due Date to Propose Schedule for Markman Hearing |
| TBD | November/December 2016 | Markman Hearing |
| TBD | 6/2/2016 | Deadline for Parties to Move to Add Parties or Amend the Pleadings |

| Due Date Under Local Rules | Agreed-upon Dates Proposed by the Parties[1] | Event |
|---|---|---|
| TBD | 2/14/2017 | Close of Fact Discovery |
| TBD | 3/17/2017 | Parties Serve Opening Expert Reports on Claims and Defenses for which the Party Bears the Burden of Proof (45 days after *Markman Order*) |
| TBD | 5/1/2017 | Rebuttal Expert Reports Due (45 days after Opening Expert Reports) |
| TBD | 5/22/2017 | Reply Expert Reports Due (limited to secondary considerations) (21 days after Rebuttal Expert Repots) |
| TBD | 6/30/2017 | Close of Expert Discovery |
| TBD | 7/14/2017 | Deadline to File Dispositive Motions |
| TBD | September 2017 | Final Pretrial Conference |
| TBD | September 2017 | Trial |
|  | February 5, 2018 | End of Stay |