# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IMPAX LABORATORIES, INC., : | |
| : | |
| Plaintiff, : | Civil Action No. 15-6934 (SRC) |
| : | |
| v. : | |
| : | **ORDER** |
| ACTAVIS LABORATORIES FL, INC. : et al., | |
| : | |
| Defendants. : | |

**CHESLER**, **U.S.D.J.**

The parties have submitted briefs on a <u>Markman</u> dispute (Docket Entry Nos. 59, 64, 71, 72) which refer to a large volume of documents. The parties shall jointly construct and submit one joint appendix containing all documents of every type referenced in the briefs, in pdf format, including a computer-searchable, hyperlinked table of contents. Thus, for example, the appendix will enable a user to enter the word "Nangia" and quickly find a viewable version of the Nangia reference; as another example, the table of contents shall be searchable by document date. The parties shall submit two copies of the appendix and table of contents on thumb drives, due Monday, December 19, at 10:00 AM.

    **SO ORDERED.**

                                                s/ Stanley R. Chesler
                                                Stanley R. Chesler, U.S.D.J.