# PATUNAS LAW LLC

Michael E. Patunas
mpatunas@patunaslaw.com

December 16, 2016

**VIA ECF**
Hon. Stanley R. Chesler, U.S.D.J.
United States District Court
U.S. Post Office and Courthouse Bldg.
Federal Square
Newark, NJ 07102

      Re:   *Impax Laboratories, Inc. v. Actavis Laboratories FL, Inc. And Actavis Pharma Inc.*, **Civil Action No. 15-6934 (SRC/CLW)**

Dear Judge Chesler:

    This firm, together with Kirkland & Ellis LLP, represents Plaintiff Impax Laboratories, Inc. in this matter. We write to provide the Court with a status update regarding the *ex parte* reexamination of U.S. patent No. 7,094,427, as ordered in the Court's Order Granting in Part and Denying in Part Impax's Motion to Stay Proceedings with respect to the '427 patent (D.I. 47). As the Court is aware, on September 26, 2016, the Patent Trial and Appeal Board issued a Decision on Impax's appeal with respect to the '427 patent, reversing some of the examiner's rejections, affirming other rejections, and issuing a new rejection with respect to some claims. On November 23, 2016 Impax filed an Amendment after Patent Board Decision, reopening prosecution. Impax is hopeful that it will receive the examiner's response to the amended claims shortly.

    We are available at the Court's convenience should Your Honor have any questions.

                        Respectfully,

                        */s/ Michael E. Patunas*

                        Michael E. Patunas

cc:    All Counsel of Record (via ECF and e-mail)