# PATUNAS LAW LLC

Michael E. Patunas
mpatunas@patunaslaw.com

June 7, 2017

**VIA ECF**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
MLK, Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *Impax Laboratories, Inc. v. Actavis Laboratories FL, Inc. et al.*
      **Civil Action No. 15-6934 (SRC)(CLW)**

Dear Judge Waldor:

    This firm, together with Kirkland & Ellis LLP, represents Plaintiff Impax Laboratories, Inc. in this matter. On behalf of all parties, we submit herewith for the Court's consideration a proposed Stipulation and Order regarding certain of the patents in suit. If the parties' stipulation meets with the Court's approval, we ask that you kindly execute same as an Order and have it entered on the docket.

    As always, we appreciate the Court's consideration.

Respectfully,

*s/Michael E. Patunas*

Michael E. Patunas

cc:  All Counsel (via ECF and email)