# PATUNAS LAW LLC

Michael E. Patunas
mpatunas@patunaslaw.com

June 16, 2017

**VIA ECF**
Hon. Stanley R. Chesler, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *Impax Laboratories, Inc. v. Actavis Laboratories FL, Inc. And Actavis Pharma Inc.*
              **Civil Action No. 15-6934 (SRC/CLW)**

Dear Judge Chesler:

      This firm, together with Kirkland & Ellis LLP, represents Plaintiff Impax Laboratories, Inc. in this matter. We write to provide the Court with a status update regarding the *ex parte* reexamination of U.S. patent No. 7,094,427, as ordered in the Court's Order Granting in Part and Denying in Part Impax's Motion to Stay Proceedings with respect to the '427 patent (D.I. 47).  As the Court is aware, on November 23, 2016, prosecution of certain claims was reopened following the Patent Trial and Appeal Board Decision on Appeal.  At this time, the Patent Office has not issued an Office Action or otherwise acted on Impax's amendment. There have been no other developments in the reexamination.

      We are available at the Court's convenience should Your Honor have any questions.

      Respectfully,

      */s/ Michael E. Patunas*

      Michael E. Patunas

cc:   All Counsel (via ECF and email)