# PATUNAS LAW LLC

Michael E. Patunas
mpatunas@patunaslaw.com

December 18, 2017

**VIA ECF**
Hon. Stanley R. Chesler, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *Impax Laboratories, Inc. v. Actavis Laboratories FL, Inc. And Actavis Pharma Inc.*
             **Civil Action No. 15-6934 (SRC/CLW)**

Dear Judge Chesler:

      This firm, together with Kirkland & Ellis LLP, represents Plaintiff Impax Laboratories, Inc. in this matter. We write to provide the Court with a status update regarding the *ex parte* reexamination of U.S. Patent No. 7,094,427, as ordered in the Court's Order Granting in Part and Denying in Part Impax's Motion to Stay Proceedings with respect to the '427 patent (D.I. 47). On November 24, 2017, the U.S. Patent and Trademark Office issued a Notice of Intent to Issue *Ex Parte* Reexamination Certificate cancelling all claims of the '427 patent, and Impax expects that certificate to issue in the near future. We are in the process of meeting and conferring with defendants to agree on the mechanism for formally removing the allegations regarding the '427 patent from the case, and expect to file something next week.

      We are available at the Court's convenience should Your Honor have any questions.

             Respectfully,

             */s/ Michael E. Patunas*

             Michael E. Patunas

cc:   All Counsel (via ECF)