# PATUNAS LAW LLC

Michael E. Patunas
mpatunas@patunaslaw.com

December 29, 2017

**VIA ECF**
Hon. Stanley R. Chesler, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *Impax Laboratories, Inc. v. Actavis Laboratories FL, Inc. And Actavis Pharma Inc.,*
             **Civil Action No. 15-6934 (SRC/CLW) (Consolidated)**

Dear Judge Chesler:

      This firm, together with Kirkland & Ellis LLP, represents Plaintiff Impax Laboratories, Inc. in this matter. In light of the U.S. Patent and Trademark Office's November 24, 2017, Notice of Intent to Issue Ex Parte Reexamination Certificate cancelling all claims of U.S. Patent No. 7,094,427, enclosed please find a proposed Stipulation of Dismissal Regarding U.S. Patent No. 7,094,427. Defendants Actavis Laboratories FL, Inc. and Actavis Pharma Inc. consent to the entry of the enclosed Stipulation of Dismissal Regarding U.S. Patent No. 7,094,427.

      If the proposed Stipulation of Dismissal Regarding U.S. Patent No. 7,094,427 meets with your approval, we ask that you So Order the proposed stipulation and have it entered on the docket. We thank the Court for its consideration and assistance.

      Respectfully,

      */s/ Michael E. Patunas*

      Michael E. Patunas

Enclosure

cc:    All Counsel of Record (via ECF and e-mail)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IMPAX LABORATORIES, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>)<br>ACTAVIS LABORATORIES FL, INC. and )<br>ACTAVIS PHARMA INC., )<br>)<br>    Defendants. ) | Civil Action No.<br>2:15-CV-06934-SRC-CLW<br>(Consolidated) |

**STIPULATION OF DISMISSAL REGARDING U.S. PATENT NO. 7,094,427**

WHEREAS, Plaintiff Impax Laboratories, Inc. ("Impax") had previously brought claims of patent infringement of U.S. Patent No. 7,094,427 (the "'427 Patent") against Defendants Actavis Laboratories FL, Inc. and Actavis Pharma Inc. (collectively, "Actavis") (Impax and Actavis, collectively the "Parties") in the above-captioned action;

WHEREAS, Actavis had previously brought counterclaims of non-infringement and/or invalidity of the '427 Patent against Impax in the same action;

WHEREAS, on November 24, 2017, the U.S. Patent and Trademark Office issued a Notice of Intent to Issue Ex Parte Reexamination Certificate cancelling all claims of the '427 patent;

WHEREAS, the Parties consented to a dismissal of all of their claims and counterclaims regarding the '427 Patent;

NOW, THEREFORE,

IT IS HEREIN STIPULATED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims of the parties regarding the '427 Patent are dismissed with prejudice and each party shall

bear its own costs, expenses and attorneys' fees associated with the litigation of any claims or counterclaims of the '427 Patent.

SO STIPULATED:

| *s/ Michael E. Patunas* | *s/ Liza M. Walsh* |
|---|---|
| Michael E. Patunas<br>PATUNAS LAW LLC<br>24 Commerce Street, Suite 606<br>Newark, NJ 07102<br>(973) 396-8740 | Liza M. Walsh<br>Hector D. Ruiz<br>Eleonore Ofosu-Antwi<br>WALSH PIZZI O'REILLY FALANGA LLP One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, New Jersey 07102<br>(973) 757-1100 |
| *Of Counsel:*<br>James F. Hurst (admitted *pro hac vice*)<br>Marcus E. Sernel, P.C. (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | *Of Counsel:*<br>J. Anthony Downs (admitted *pro hac vice*)<br>Brian T. Drummond (admitted *pro hac vice*)<br>Kenneth L. Mueller (admitted *pro hac vice*)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Tel.: (212) 570-1100 |
| Jeanna M. Wacker (admitted *pro hac vice*)<br>Mira A. Mulvaney (admitted *pro hac vice*)<br>Gregory Springsted (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 | Daniel P. Margolis (admitted *pro hac vice*)<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 8th Avenue<br>New York, NY 10018<br>Tel.: (212) 813-8800 |
| *Attorneys for Plaintiff*<br>*Impax Laboratories, Inc.* | *Attorneys for Defendants Actavis Laboratories FL, Inc. and Actavis Pharma Inc.* |

Dated: December 29, 2017

**SO ORDERED** this _____ day of  January, 2018.

                                              _____
                                              Hon. Stanley R. Chesler, U.S.D.J.