# PATUNAS LAW LLC

Michael E. Patunas
mpatunas@patunaslaw.com

December 29, 2017

**VIA ECF**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
MLK, Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re: *Impax Laboratories, Inc. v. Actavis Laboratories FL, Inc. et al*. **Civil Action No. 15-6934 (SRC)(CLW) (Consolidated)**

Dear Judge Waldor:

    This firm, together with Kirkland & Ellis LLP, represents Plaintiff Impax Laboratories, Inc. in the above-referenced matter. We enclose for the Court's review redacted versions of the following sealed documents.

- Impax's Brief in Opposition to Defendants' Motion for Summary Judgment of Non-infringement.

- Declaration of Gregory Springsted.

- Impax's Rule 56.1 Response and Statement in Opposition to Defendants' Motion for Summary Judgment of Non-infringement.

    Also, the parties request that Exhibits 4, 5, 14, 26 and 29 be unsealed. Finally, with respect to the motion to seal the enclosed documents, currently due on January 2, 2018, the parties request an extension until January 5, 2018 to file the motion.

    If the relief requested above is acceptable to the Court, we request that you So Order this letter and have it entered on the docket.

Respectfully,

*/s/ Michael E. Patunas*

Michael E. Patunas

PATUNAS LAW LLC

Hon. Cathy L. Waldor, U.S.M.J.
December 29, 2017
P a g e | **2**

cc: All Counsel (via ECF and email)