# PATUNAS LAW LLC

Michael E. Patunas
mpatunas@patunaslaw.com

January 5, 2018

**VIA ECF**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
MLK, Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Impax Laboratories, Inc. v. Actavis Laboratories FL, Inc. et al*. **Civil Action No. 15-6934 (SRC)(CLW) (Consolidated)**

Dear Judge Waldor:

      This firm, together with Kirkland & Ellis LLP, represents Plaintiff Impax Laboratories, Inc. in the above-referenced matter. We write to request a slight correction to the Court's Letter Order (ECF No. 164) regarding the motion to seal the filings on Defendants' Motion for Summary Judgment. Pursuant to L.Civ.R. 5.3(c)(2), the joint motion to seal the summary judgment filings is due on January 29, 2018 (14 days after the last briefing on the substantive motion), not January 5 as requested in our letter

      If this correction to correct the record is acceptable to the Court, we request that you So Order this letter and have it entered on the docket.

                              Respectfully,

                              */s/ Michael E. Patunas*

                              Michael E. Patunas

cc: All Counsel (via ECFl)