UNITED STATES OF AMERICA
DISCTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                      2/27/18
Judge Chesler
COURT REPORTER:    KASHMER                                    Docket No 15-6934

**TITLE OF CASE**

IMPAX LABORATOREIS, INC.,

V.

ACTAVIS LABORATORIES FL, INC., et al

**APPEARANCE:**

Michael E. Patunas, Esq., pltf., Marc Sernel, Esq., pltf and Jeanna Wacker, Esq., pltf
Hector Ruiz, Esq., deft., Anthony Downs, Esq., deft and Daniel Margolis, Esq., deft

**NATURE OF PROCEEDINGS:**

Hearing on motion for summary judgment (142)

Portions of the argument placed under seal when noted by counsel

Decision Reserved

Status Conference off the record. Ordered Trial without jury moved to 5/14/18 at 10:00 a.m. (4 days-2/2)

3:00-5:30 2.30

s/ Theresa C. Trivino, Senior Deputy Clerk to the Honorable Stanley R. Chesler