

**WALSH PIZZI O'REILLY FALANGA**

One Riverfront Plaza
1037 Raymond Blvd, Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

March 22, 2018

**VIA ECF AND FIRST-CLASS MAIL**

Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, NJ  07102

Re: *Impax Laboratories, Inc. v. Actavis Laboratories, Inc. and Actavis Pharma, Inc.*, Civil Action No. 15-6934 (SRC/CLW) (Consolidated)

Dear Judge Waldor:

This firm, together with Goodwin Procter LLP, represents defendants Actavis Laboratories, Inc. and Actavis Pharma, Inc. (collectively "Actavis") in this matter.  We write jointly on behalf of the parties in the above matter to respectfully request an extension, until Thursday, March 29, 2018, of the deadline to file of the consolidated motion to seal portions of the Opinion and Order, dated March 8, 2018, at DE No. 180, which contains Actavis's confidential information.

The parties appreciate the Court's consideration of this request and, should the extension be acceptable to Your Honor, we respectfully request this letter be "So Ordered" and entered on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: Hon. Stanley R. Chesler, U.S.D.J. (via ECF and First-Class Mail)
All counsel of record (via ECF and email)

SO ORDERED:

_____
Hon. Cathy L. Waldor, U.S.M.J.