**PATUNAS LAW LLC**
Michael E. Patunas
24 Commerce Street, Suite 606
Newark, NJ 07102
mpatunas@patunaslaw.com
(973) 396-8740
(973) 396-8743

**OF COUNSEL:**

James F. Hurst
Marcus E. Sernel, P.C.
Hari Santhaman
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Jeanna M. Wacker
Mira A. Mulvaney
Gregory Springsted
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IMPAX LABORATORIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACTAVIS LABORATORIES FL, INC. and ) <br> ACTAVIS PHARMA INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 15-6934 (SRC)(CLLW) <br> (consolidated) |

**PLAINTIFF IMPAX LABORATORIES INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Impax Laboratories, Inc., by and through its attorneys, hereby states that (1) Impax Laboratories, Inc. is now a wholly-owned subsidiary of Amneal Pharmaceuticals, Inc. and (2) Amneal Pharmaceuticals, Inc. is a publicly held corporation.

Dated: May 11, 2018                      Respectfully submitted,

                                               _s/ Michael E. Patunas_____
                                               **PATUNAS LAW LLC**
                                               24 Commerce Street, Suite 606
                                               Newark, NJ 07102
                                               mpatunas@patunaslaw.com
                                               (973) 396 8740
                                               (973) 396 8743

OF COUNSEL:

James F. Hurst
Marcus E. Sernel, P.C.
Hari Santhanam
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Jeanna M. Wacker
Mira A. Mulvaney
Gregory Springsted
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446-4800